E-FILED 2/19/09

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA ANTENOR,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, OM FINANCIAL LIFE INSURANCE COMPANY, AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | Case No. CV 08-3722 PSG (PLAx)<br><br>**JUDGMENT** |

This action came before the Court, the Honorable Philip S. Gutierrez, District Judge presiding, on Defendant OM Financial Life Insurance Company's, formerly known as Fidelity and Guaranty Life Insurance Company ("Defendant") Motion for Summary Judgment. The Court found the matter appropriate for decision without oral argument and granted summary judgment in favor of Defendant. For the reasons set forth in the Court's February 4, 2009 (In Chambers) Order Granting Summary Judgment for Defendant, and the evidence presented having been fully considered, the issues having been duly heard, and an order having been duly entered in favor of Defendant on February 4, 2009,

//

//

//

1  IT IS ORDERED AND ADJUDGED that Plaintiff Juanita Antenor take nothing, that
2  the action be dismissed on the merits, and that Defendant recover its costs.

4  DATED: February 19, 2009

6                               ____**PHILIP S. GUTIERREZ**____
7                                  Hon. Philip S. Gutierrez
                                United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

JUDGMENT GRANTING SUMMARY JUDGMENT FOR DEFENDANT